

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2021

No. 04-21-00353-CV

Amar **GUEYE**,
Appellant

v.

Luz **TORRES**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV02073
Honorable J Frank Davis, Judge Presiding

# O R D E R

On October 18, 2021, we issued an order striking appellant's brief because it did not comply with the Texas Rules of Appellate Procedure. We ordered appellant to file an amended brief or a motion for extension of time on or before November 22, 2021. To date, neither an appellant's brief nor a motion for extension of time has been filed.

We, therefore, **ORDER** appellant to file, on or before **December 22, 2021**, an appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file his brief. If appellant fails to file his brief or a motion for extension of time to file his brief and a written explanation by the date ordered, **this appeal will be dismissed for want of prosecution**. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if an appellant fails to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2021.



MICHAEL A. CRUZ, Clerk of Court